UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 18, 2022

Mr. William Montgomery
2443 South University Boulevard PMB 129
Denver, CO 80210

**RE:**   **21-1134, Montgomery v. Calvano**
Dist/Ag docket: 1:19-CV-00387-PAB-MEH

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Katherine Hoffman
      Ryan Winter

CMW/sds